# EXHIBIT F

| | |
|---|---|
| **From:** | Sarah Nevins |
| **To:** | Shannon Liss-Riordan |
| **Cc:** | Bradley Manewith; Margaret Born; "Akiva Cohen"; "Mike Dunford"; "Kathryn Tewson"; "Deborah Dixon"; "Gerissa Conforti"; "lisa@thebloomfirm.com"; "jtm@rezlaw.com"; "mgl@rezlaw.com"; "jps@rezlaw.com"; "jsagafi@outtengolden.com"; "mfernando@outtengolden.com"; "pdhaliwal@outtengolden.com"; "kmahar@outtengolden.com"; Twitter Arbitration Demands Team (Local); Twitter Attorneys; Chowdhry, Kaiser H.; Matthew Levington |
| **Subject:** | RE: Twitter"s Response to JAMS" June 21, 2023 Letter re Fee Sharing |
| **Date:** | Friday, June 30, 2023 1:30:01 PM |

Counsel,

Please also note that any calls or hearings that are set between now and July 14 (in the non-California or Nevada cases) have been removed from calendar pending Claimant's decision as to whether to opt in to fee sharing.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*** **TM**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Sarah Nevins
**Sent:** Friday, June 30, 2023 12:46 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Bradley Manewith <bmanewith@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; 'Akiva Cohen' <acohen@kusklaw.com>; 'Mike Dunford' <mdunford@kusklaw.com>; 'Kathryn Tewson' <ktewson@kusklaw.com>; 'Deborah Dixon' <ddixon@theddcfirm.com>; 'Gerissa Conforti' <gerissa@theddcfirm.com>; 'lisa@thebloomfirm.com' <lisa@thebloomfirm.com>; 'jtm@rezlaw.com' <jtm@rezlaw.com>; 'mgl@rezlaw.com' <mgl@rezlaw.com>; 'jps@rezlaw.com' <jps@rezlaw.com>; 'jsagafi@outtengolden.com' <jsagafi@outtengolden.com>; 'mfernando@outtengolden.com' <mfernando@outtengolden.com>; 'pdhaliwal@outtengolden.com' <pdhaliwal@outtengolden.com>; 'kmahar@outtengolden.com' <kmahar@outtengolden.com>; Twitter Arbitration Demands Team (Local) <TwitterArbitrationDemandsTeamLocal@morganlewis.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Subject:** RE: Twitter's Response to JAMS' June 21, 2023 Letter re Fee Sharing

If Claimants to not waive Standard 6, JAMS will close its file as JAMS will not proceed with cases that we have determined fall under our Employment Minimum Standards if Respondent will not abide by those standards.

See B. Minimum Standards of Procedural Fairness – If an arbitration is based on a clause or agreement that is required as a condition of employment, JAMS will accept the assignment only if the proceeding complies with the "Minimum Standards of Procedural Fairness for Employment Arbitration"

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*** ™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Friday, June 30, 2023 12:41 PM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Bradley Manewith <bmanewith@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; 'Akiva Cohen' <acohen@kusklaw.com>; 'Mike Dunford' <mdunford@kusklaw.com>; 'Kathryn Tewson' <ktewson@kusklaw.com>; 'Deborah Dixon' <ddixon@theddcfirm.com>; 'Gerissa Conforti' <gerissa@theddcfirm.com>; 'lisa@thebloomfirm.com' <lisa@thebloomfirm.com>; 'jtm@rezlaw.com' <jtm@rezlaw.com>; 'mgl@rezlaw.com' <mgl@rezlaw.com>; 'jps@rezlaw.com' <jps@rezlaw.com>; 'jsagafi@outtengolden.com' <jsagafi@outtengolden.com>; 'mfernando@outtengolden.com' <mfernando@outtengolden.com>; 'pdhaliwal@outtengolden.com' <pdhaliwal@outtengolden.com>; 'kmahar@outtengolden.com' <kmahar@outtengolden.com>; Twitter Arbitration Demands Team (Local) <TwitterArbitrationDemandsTeamLocal@morganlewis.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Subject:** RE: Twitter's Response to JAMS' June 21, 2023 Letter re Fee Sharing

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah -  Assuming Claimants do not waive Standard 6, what does JAMS intend to do about these

cases?

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Friday, June 30, 2023 12:25 PM
**To:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Cc:** Shannon Liss-Riordan <sliss@llrlaw.com>; Bradley Manewith <bmanewith@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; 'Akiva Cohen' <acohen@kusklaw.com>; 'Mike Dunford' <mdunford@kusklaw.com>; 'Kathryn Tewson' <ktewson@kusklaw.com>; 'Deborah Dixon' <ddixon@theddcfirm.com>; 'Gerissa Conforti' <gerissa@theddcfirm.com>; 'lisa@thebloomfirm.com' <lisa@thebloomfirm.com>; 'jtm@rezlaw.com' <jtm@rezlaw.com>; 'mgl@rezlaw.com' <mgl@rezlaw.com>; 'jps@rezlaw.com' <jps@rezlaw.com>; 'jsagafi@outtengolden.com' <jsagafi@outtengolden.com>; 'mfernando@outtengolden.com' <mfernando@outtengolden.com>; 'pdhaliwal@outtengolden.com' <pdhaliwal@outtengolden.com>; 'kmahar@outtengolden.com' <kmahar@outtengolden.com>; Twitter Arbitration Demands Team (Local) <TwitterArbitrationDemandsTeamLocal@morganlewis.com>
**Subject:** RE: Twitter's Response to JAMS' June 21, 2023 Letter re Fee Sharing

Apologies.  Attached is the correct letter.



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

**From:** Sarah Nevins
**Sent:** Friday, June 30, 2023 12:20 PM
**To:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Cc:** 'Shannon Liss-Riordan' <sliss@llrlaw.com>; 'Bradley Manewith' <bmanewith@llrlaw.com>; 'Margaret Born' <mborn@llrlaw.com>; 'Akiva Cohen' <acohen@kusklaw.com>; 'Mike Dunford'

<mdunford@kusklaw.com>; 'Kathryn Tewson' <ktewson@kusklaw.com>; 'Deborah Dixon' <ddixon@theddcfirm.com>; 'Gerissa Conforti' <gerissa@theddcfirm.com>; 'lisa@thebloomfirm.com' <lisa@thebloomfirm.com>; 'jtm@rezlaw.com' <jtm@rezlaw.com>; 'mgl@rezlaw.com' <mgl@rezlaw.com>; 'jps@rezlaw.com' <jps@rezlaw.com>; 'jsagafi@outtengolden.com' <jsagafi@outtengolden.com>; 'mfernando@outtengolden.com' <mfernando@outtengolden.com>; 'pdhaliwal@outtengolden.com' <pdhaliwal@outtengolden.com>; 'kmahar@outtengolden.com' <kmahar@outtengolden.com>; Twitter Arbitration Demands Team (Local) <TwitterArbitrationDemandsTeamLocal@morganlewis.com>
**Subject:** RE: Twitter's Response to JAMS' June 21, 2023 Letter re Fee Sharing

Good Afternoon Counsel.

Please see attached regarding the above referenced matter. I will also be sending this to the Denver office and I am instructing all other Case Managers affected to upload this letter to JAMS Access.

If any Claimant wishes to waive Standard 6 of the Employment Minimum Standards and proceed with fee sharing, please let you case manager on the file know by no later than July 14, 2023.

Thank you and have a great holiday weekend,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*^TM
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Sent:** Wednesday, June 28, 2023 5:55 PM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** 'Shannon Liss-Riordan' <sliss@llrlaw.com>; 'Bradley Manewith' <bmanewith@llrlaw.com>; 'Margaret Born' <mborn@llrlaw.com>; 'Akiva Cohen' <acohen@kusklaw.com>; 'Mike Dunford' <mdunford@kusklaw.com>; 'Kathryn Tewson' <ktewson@kusklaw.com>; 'Deborah Dixon' <ddixon@theddcfirm.com>; 'Gerissa Conforti' <gerissa@theddcfirm.com>; 'lisa@thebloomfirm.com' <lisa@thebloomfirm.com>; 'jtm@rezlaw.com' <jtm@rezlaw.com>; 'mgl@rezlaw.com' <mgl@rezlaw.com>; 'jps@rezlaw.com' <jps@rezlaw.com>; 'jsagafi@outtengolden.com' <jsagafi@outtengolden.com>; 'mfernando@outtengolden.com' <mfernando@outtengolden.com>; 'pdhaliwal@outtengolden.com' <pdhaliwal@outtengolden.com>; 'kmahar@outtengolden.com'

<kmahar@outtengolden.com>; Twitter Arbitration Demands Team (Local) <TwitterArbitrationDemandsTeamLocal@morganlewis.com>
**Subject:** Twitter's Response to JAMS' June 21, 2023 Letter re Fee Sharing

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Nevins,

On behalf of Twitter, Inc., attached is a letter in response to JAMS' June 21, 2023 letter regarding fee sharing.  The letter is addressed to Ms. Eisner.  We kindly request that you please forward this correspondence to Ms. Eisner.  We've also copied counsel for the firms that represent the claimants.

Thank you in advance for your assistance.

Regards,
Kaiser

**Kaiser H. Chowdhry**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5230 | Main: +1.202.739.3000 | Fax: +1.202.739.3001
kaiser.chowdhry@morganlewis.com | www.morganlewis.com



150 YEARS OF RAISING THE BAR

Learn More