# EXHIBIT G

# EXHIBIT G-1

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please file online at www.adr.org/support. Complete this form, provide last known email addresses and include a copy of the Arbitration Agreement, Plan or Contract.

| Parties (Claimant) | | |
|---|---|---|
| Name of Claimant: Grae Kindel | | |
| Address: Lichten & Liss Riordan, P.C. 729 Boylston St, Suite 2000 | | |
| City: Boston | State: Massachusetts | Zip Code: 02116 |
| Phone No.: (617) 994 - 5800 | Email Address: twitterlawsuit@llrlaw.com | |
| Representative's Name (if known): Shannon Liss-Riordan, Thomas Fowler, Bradley Manewith | | |
| Firm (if applicable): Lichten & Liss Riordan, P.C. | | |
| Representative's Address: 729 Boylston St, Suite 2000 | | |
| City: Boston | State: Massachusetts | Zip Code: 02116 |
| Phone No.: (617) 994 - 5800 | Email Address: sliss@llrlaw.com, tfowler@llrlaw.com, bmanewith@ll + | |

| Parties (Respondent) | | |
|---|---|---|
| Name of Respondent: Twitter, Inc. and X Corp. | | |
| Address: 1355 Market St, #900 | | |
| City: San Francisco | State: California | Zip Code: 94103 |
| Phone No.: 415-222-9670 | Email Address: | |
| Representative's Name (if known): Eric Meckley | | |
| Firm (if applicable): Morgan, Lewis & Bockius LLP | | |
| Representative's Address: One Market, Spears Street Tower | | |
| City: San Francisco | State: California | Zip Code: 94105 |
| Phone No.: (415) 442 - 1013 | Email Address: eric.mecley@morganlewis.com | |

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

Claim: What was/is the employee/worker's annual wage range? ☐ Less than $100,000  ☐ $100,000-$250,000  ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim:

Claim involves: ☐ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

See Attached.

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| Other Relief Sought: ☒ Attorneys Fees  ☒ Interest  ☒ Arbitration Costs  ☐ Punitive/ Exemplary  ☐ Other: |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br><br>Employment Arbitrator |
| Hearing: Estimated time needed for hearings overall:             hours  or             days |
| Hearing Locale:  Boston, MA<br>*(check one)*  ☐ Requested by Claimant  ☒ Locale provision included in the contract |
| Filing Fee requirement or $350 (max amount per AAA)   X<br>Filing by Company:  ☐ $2,450 single arbitrator  ☐ $3,050 three arbitrator panel |
| Notice: To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. |

| Signature (may be signed by a representative):<br>/s/Shannon Liss-Riordan | Date:<br>04/28/2023 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Customer Service can be reached at 1-800-778-7879. Please visit our website at www.adr.org/support to file this case online. |

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

Arbitration Demand

Claimant Grae Kindel was laid off from their job at Twitter. They bring claims against Twitter and X Corp. related to breaches of contract and promissory estoppel, including claims related to their severance pay, as set forth in the class action complaint Cornet et al v. Twitter, Inc., No-22-cv-6857 (N.D. Cal) (attached as Exhibit A).

Claimant also contends they were chosen for layoff because they are transgender and had spoken to their manager about how they were concerned about working under the company's new owner Elon Musk, given his public transphobic statements. Claimant thus charges Twitter with discrimination and retaliation in violation of Title VII and Mass Gen. L. c. 151B.

In or about March 2023, Twitter merged with X Corp., and as a result Twitter and X Corp. are a single entity. X Corp. has successor liability for Twitter's unlawful acts. Respondents are collectively referred to herein as "Twitter".

# EXHIBIT G-2

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please file online at www.adr.org/support. Complete this form, provide last known email addresses and include a copy of the Arbitration Agreement, Plan or Contract.

| Parties (Claimant) | | |
|---|---|---|
| Name of Claimant: Sarah Rosen | | |
| Address: Lichten & Liss Riordan, P.C. 729 Boylston St, Suite 2000 | | |
| City: Boston | State: Massachusetts | Zip Code: 02116 |
| Phone No.: (617) 994 - 5800 | Email Address: twitterlawsuit@llrlaw.com | |
| Representative's Name (if known): Shannon Liss-Riordan, Thomas Fowler, Bradley Manewith | | |
| Firm (if applicable): Lichten & Liss Riordan, P.C. | | |
| Representative's Address: 729 Boylston St, Suite 2000 | | |
| City: Boston | State: Massachusetts | Zip Code: 02116 |
| Phone No.: (617) 994 - 5800 | Email Address: sliss@llrlaw.com, tfowler@llrlaw.com, bmanewith@ll+ | |

| Parties (Respondent) | | |
|---|---|---|
| Name of Respondent: Twitter, Inc. and X Corp. | | |
| Address: 1355 Market St, #900 | | |
| City: San Francisco | State: California | Zip Code: 94103 |
| Phone No.: 415-222-9670 | Email Address: | |
| Representative's Name (if known): Eric Meckley | | |
| Firm (if applicable): Morgan, Lewis & Bockius LLP | | |
| Representative's Address: One Market, Spears Street Tower | | |
| City: San Francisco | State: California | Zip Code: 94105 |
| Phone No.: (415) 442 - 1013 | Email Address: eric.mecley@morganlewis.com | |

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.

Claim: What was/is the employee/worker's annual wage range? ☐ Less than $100,000  ☐ $100,000-$250,000  ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim:

Claim involves: ☐ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

See Attached.

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| Other Relief Sought: ☒ Attorneys Fees  ☒ Interest  ☒ Arbitration Costs  ☐ Punitive/ Exemplary  ☐ Other: |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br><br>Employment Arbitrator |
| Hearing: Estimated time needed for hearings overall:                    hours  or                    days |
| Hearing Locale:  New York, NY<br>*(check one)*  ☐ Requested by Claimant  ☒ Locale provision included in the contract |
| Filing Fee requirement or $350 (max amount per AAA)   X<br>Filing by Company:  ☐ $2,450 single arbitrator  ☐ $3,050 three arbitrator panel |
| Notice: To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee. |

| Signature (may be signed by a representative):<br>/s/Shannon Liss-Riordan | Date:<br>04/28/2023 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Customer Service can be reached at 1-800-778-7879. Please visit our website at www.adr.org/support to file this case online. |

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

Arbitration Demand

Claimant Sarah Rosen was laid off from her job at Twitter when she did not click "yes" in response to a message from Elon Musk on November 16, 2022, as described in paragraphs 47-54 of the class action complaint Cornet et al v. Twitter, Inc., No-22-cv-6857 (N.D. Cal) (attached as Exhibit A). She brings this claim against Twitter and X Corp. related to breaches of contract and promissory estoppel, including claims related to her severance pay, as set forth in that complaint.

In addition, in September 2022, Claimant was offered another job at a different company and was given a retention bonus and additional RSUs to stay at Twitter and was led to believe that the terms of her employment would not change.  In reliance on these representations, she turned down a job that offered $1M in RSUs. Thus, Claimant states an additional claim of promissory estoppel.

In or about March 2023, Twitter merged with X Corp., and as a result Twitter and X Corp. are a single entity. X Corp. has successor liability for Twitter's unlawful acts. Respondents are collectively referred to herein as "Twitter".