# EXHIBIT H



1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

May 9, 2023

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, PC
729 Boylston Street
Suite 2000
Boston, MA 02116
Via Email to: sliss@llrlaw.com

Eric Meckley, Esq.
Morgan, Lewis & Bockius LLP
1 Market Street
Spear Street Tower
San Francisco, CA 94105
Via Email to: eric.meckley@morganlewis.com

Case Number: 01-23-0001-9464


Sarah Rosen;
Grae Kindel
-vs-
Twitter, Inc. and X Corp.


Dear Parties:

This will acknowledge receipt of a demand for arbitration between the above-referenced parties.

We note the parties' dispute resolution agreement does not reference the American Arbitration Association ("AAA") as the administering agency or designate its rules. Accordingly, the AAA requests the parties sign and return this letter confirming their agreement to authorize the AAA to administer this dispute under its Employment Arbitration Rules.  This letter may be signed in counterparts and electronic submission is acceptable. The parties may also email confirmation that AAA administration under the Employment Arbitration Rules is acceptable.  We request that the parties copy each other on any response to this letter.

If there is a court order compelling arbitration that references the AAA, upon receipt of a copy of the court order, the AAA will proceed with administration without the need for the parties' submission.

**Please submit the requested items by May 16, 2023, otherwise we will not be able to continue administration of this case.** Should the matter be closed for lack of a submission, it may be reopened at any time once the parties have agreed to have the AAA administer this dispute and resubmit the applicable filing fees.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
(856) 679-4610

BY SIGNING BELOW, THE PARTIES AGREE TO SUBMIT THE ABOVE-REFERENCED DISPUTE TO ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS EMPLOYMENT ARBITRATION RULES.

*Shannon Liss-Riordan*                                                      5/9/2023
Claimant or Claimant's Representative                          Date


_____                         _____
Respondent or Respondent's Representative          Date



1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

May 9, 2023

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, PC
729 Boylston Street
Suite 2000
Boston, MA 02116
Via Email to: sliss@llrlaw.com

Eric Meckley, Esq.
Morgan, Lewis & Bockius LLP
1 Market Street
Spear Street Tower
San Francisco, CA 94105
Via Email to: eric.meckley@morganlewis.com

Case Number: 01-23-0001-9464


                        Sarah Rosen;
Grae Kindel
-vs-
Twitter, Inc. and X Corp.


Dear Parties:

This will acknowledge receipt of a demand for arbitration between the above-referenced parties.

We note the parties' dispute resolution agreement does not reference the American Arbitration Association ("AAA") as the administering agency or designate its rules. Accordingly, the AAA requests the parties sign and return this letter confirming their agreement to authorize the AAA to administer this dispute under its Employment Arbitration Rules.  This letter may be signed in counterparts and electronic submission is acceptable. The parties may also email confirmation that AAA administration under the Employment Arbitration Rules is acceptable.  We request that the parties copy each other on any response to this letter.

If there is a court order compelling arbitration that references the AAA, upon receipt of a copy of the court order, the AAA will proceed with administration without the need for the parties' submission.

**Please submit the requested items by May 16, 2023, otherwise we will not be able to continue administration of this case.** Should the matter be closed for lack of a submission, it may be reopened at any time once the parties have agreed to have the AAA administer this dispute and resubmit the applicable filing fees.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
(856) 679-4610

BY SIGNING BELOW, THE PARTIES AGREE TO SUBMIT THE ABOVE-REFERENCED DISPUTE TO ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS EMPLOYMENT ARBITRATION RULES.

_____          _____
Claimant or Claimant's Representative          Date

*Eric Meckley*

Eric Meckley, Morgan, Lewis & Bockius, LLP
Attorneys for Respondents Twitter, Inc. and X Corp.          May 9, 2023
_____          _____
Respondent or Respondent's Representative          Date