# EXHIBIT I

# Bradley Manewith

| | |
|---|---|
| **From:** | AAA Tacy Zysk <TacyZysk@adr.org> |
| **Sent:** | Monday, July 24, 2023 4:12 PM |
| **To:** | Shannon Liss-Riordan; Thomas Fowler; Lichten & Liss-Riordan, P.C.; Bradley Manewith; Margaret Born; 'eric.meckley@morganlewis.com'; 'kassia.stephenson@morganlewis.com'; 'megan.lipsky@morganlewis.com'; 'owen.allen@morganlewis.com'; 'sari.alamuddin@morganlewis.com'; 'kaiser.chowdhry@morganlewis.com'; 'clifford.haimann@morganlewis.com'; 'cait.meyer@morganlewis.com'; 'brian.berry@morganlewis.com'; 'ashlee.cherry@morganlewis.com'; 'TwitterArbitrationDemandsTeamIntake@morganlewis.com'; 'adele.doyle@morganlewis.com' |
| **Cc:** | AAA Nicholas Truesdale-Greil |
| **Subject:** | RE: AAA 01-23-0002-1341 - 259(+) Individual Claimants v. Twitter, Inc. and X Corp. - Confirming Administrative Conference Call |

Dear Counsel,

This confirms an Administrative Conference call was held on July 19, 2023. Shannon Liss-Riordan and Bradley Manewith appeared for the Claimants, Sari Alamuddin and Kaiser Chowdry appeared for the Respondent, and Tacy Zysk and Nicholas Truesdale-Greil were present for AAA.

During the call, the parties made general inquiries about the appointment of a Process Arbitrator to decide the parties' dispute regarding the proper assessment of arbitration fees and costs for a specific selection of individual cases. This correspondence summarizes our July 19th discussion, as requested.

*AAA's Initial Administrative Determination is disputed by Respondent:*

It is AAA's initial administrative determination that these arbitrations will proceed on the Employment/Workplace Multiple Case Filing Administrative Fee Schedule, which states, "The company shall pay the arbitrator's compensation unless the individual, post dispute, voluntarily elects to pay a portion of the arbitrator's compensation". Respondent has notified AAA and Claimants that they disagree with AAA's initial administrative determination.

We direct the parties' attention to the AAA Supplementary Rules for Multiple Case Filings, Rule MC-6: *Challenges to Initial Administrative Determinations.* Pursuant to Rule MC-6(b), "Upon receipt of a party's written notice of disagreement with an administrative determination made by the AAA with respect to a particular Multiple Case Filing […] the AAA in its sole discretion may decide whether or not to appoint an arbitrator (the Process Arbitrator) to hear and determine the administrative issue(s) for all of the cases included in the Multiple Case Filing affected by such administrative issue(s)".

Respondent noted that they may challenge the jurisdiction of the Process Arbitrator to determine the above issue. The AAA confirmed that pursuant to Rule MC-6(f): "The Process Arbitrator shall have the power to rule on the Process Arbitrator's own jurisdiction and shall resolve any disputes over the applicability of this Section MC-6". In the event a Process Arbitrator rules that they do not have jurisdiction, the dispute(s) may be raised to the Merits Arbitrators upon appointment.

*Regarding the Potential Advancement of Fees/Costs:*

The parties inquired as to how the fees and costs will be assessed prior to the issuance of a ruling by a Process Arbitrator, or potentially, by the Merits Arbitrators, on the disputed issue. This confirms that the fees and costs of arbitration will be

assessed in accordance with the Employment/Workplace Multiple Case Filing Administrative Fee schedule, per our initial administrative determination, unless and until a final determination is rendered by an arbitrator.

The compensation of the Process Arbitrator will be assessed to Respondent in accordance with the Employment/Workplace Fee Schedule. If the Respondent does not remit the requested deposit(s), the Claimants will be invited to advance Respondent's portion, and may seek recovery of any advanced amounts through an arbitrator's Order. If neither party will advance the compensation of the Arbitrator(s), the matter(s) may be closed.

*Process Arbitrator Selection:*

The manner in which the Process Arbitrator will be selected has not yet been determined. The parties are still considering an arbitrator selection process, which will be discussed on the upcoming administrative call set for August 1, 2023. Absent an agreement to an alternate process, the AAA will administratively appoint the Process Arbitrator.

*Upcoming Administrative Conference Call:*

This confirms another administrative conference call has been set for **Tuesday, August 1, 2023, at 4:00 p.m. Eastern Time.**  Please dial in using the below information:

**Telephone: 1 (855) 633-2040**
**Security Code: 2274960#**

As always, please let us know if you have any questions in the interim.

Thank you,



**AAA Tacy Zysk**
**Director of ADR Operations**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.