# EXHIBIT K

# Bradley Manewith

| | |
|---|---|
| **From:** | Shannon Liss-Riordan |
| **Sent:** | Monday, June 12, 2023 1:25 PM |
| **To:** | Chowdhry, Kaiser H.; Sarah Nevins |
| **Cc:** | Hannah Paxton; Margaret Born; Doyle, Adele; Twitter Arbitration Demands Team (Intake); Allen, Owen; Allen, Owen; Meyer, Cait; Thomas Fowler; Meckley, Eric; Stephenson, Kassia; Berry, Brian D.; Cherry, Ashlee N.; Bradley Manewith; Wallace, Thomas Cullen; Lotsoff, Jonathan D.; McGreevy, Morgan; Alamuddin, Sari M.; Lipsky, Megan L.; Haimann, Ph.D., Clifford; Schnell, Hannah V. |
| **Subject:** | RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991 |
| **Attachments:** | Request for Twitter arbitration agreements |

I just forwarded the attached request for arbitration agreements to the email address that Mr. Chowdhry indicated below the requests should be sent to - PeopleQuestions@twitter.com.  I received a bounceback response that seems to indicate that this is not a working email address.

Twitter counsel – please forward this email request to your client, so it may provide us with the signed arbitration agreements that will allow us to pursue arbitration claims for them.

Thank you,

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Friday, June 9, 2023 1:39 PM
**To:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Sarah Nevins <snevins@jamsadr.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Twitter Arbitration Demands Team (Intake) <TwitterArbitrationDemandsTeamIntake@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>; Thomas Fowler <tfowler@llrlaw.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Bradley Manewith <bmanewith@llrlaw.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; McGreevy, Morgan <morgan.mcgreevy@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>; Schnell, Hannah V. <hannah.schnell@morganlewis.com>
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

This is pretty outrageous.  So Twitter is saying that it has the arbitration agreements for these employees, and would move to compel arbitration in court, if we were to file court cases for these employees, but will not go forward in arbitration until the employees jump through an additional hoop of individually requesting that Twitter provide their arbitration agreement.  We represent these employees and, on behalf of them, we request that Twitter produce their arbitration agreements, if Twitter contends that they are bound by an arbitration agreement.

1

----------------------------------------------

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

**From:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Sent:** Friday, June 9, 2023 1:35 PM
**To:** Sarah Nevins <snevins@jamsadr.com>; Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Twitter Arbitration Demands Team (Intake) <TwitterArbitrationDemandsTeamIntake@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>; Thomas Fowler <tfowler@llrlaw.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Bradley Manewith <bmanewith@llrlaw.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; McGreevy, Morgan <morgan.mcgreevy@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>; Schnell, Hannah V. <hannah.schnell@morganlewis.com>
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Ms. Nevins and Ms. Liss-Riordan,

Twitter's position is that any former employee with a signed dispute resolution agreement ("DRA") is bound to arbitrate their claims, and Twitter will assert its right under any such agreement. As such, Twitter <u>does not</u> agree that a claimant who simply says they cannot produce a signed DRA can proceed in court. Twitter also <u>does not</u> agree that they can initiate JAMS (or AAA) proceedings without the signed agreement.

Our position is reasonable. A claimant has to make an effort to obtain their DRA. It is their demand and their burden to produce the documentation that is required to pursue it in arbitration. The fact is that if the claimant makes any effort whatsoever to get their agreement, then they can almost always get it. As we have explained before, a claimant (just like any other current or former employee) can email PeopleQuestions@twitter.com and request a copy of their DRA. If a claimant can demonstrate that they've made an effort to obtain their agreement (e.g., send us proof that they emailed Twitter but are still unable to obtain a copy of their DRA), then Twitter has agreed that it will try to track down the agreement for them. But the initial burden must be on the claimant. We further request that if there are other claimants represented by Ms. Liss-Riordan who have been unable to obtain their signed agreements, counsel can send us a spreadsheet identifying these individuals along with evidence to demonstrate that they've made an effort to obtain their DRAs. That way, we can try to resolve these issues more efficiently rather than in piecemeal fashion.

At the end of the day, if an employee files in court and there is a signed DRA, Twitter will move to compel arbitration and has not waived its right to enforce the DRA. All Twitter reasonably expects is that a claimant bear the basic burden of bringing suit against Twitter before Twitter makes an effort to facilitate a lawsuit against itself.

Thank you,
Kaiser

**Kaiser H. Chowdhry**

**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC20004-2541
Direct: +1.202.739.5230 | Main: +1.202.739.3000 |Cell: 443.745.0393 | Fax: +1.202.739.3001
kaiser.chowdhry@morganlewis.com| www.morganlewis.com
Assistant: Roslyn J. Braden | +1.202.739.5781 | roslyn.braden@morganlewis.com

---

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Friday, June 09, 2023 5:32 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Twitter Arbitration Demands Team (Intake) <TwitterArbitrationDemandsTeamIntake@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>; Thomas Fowler <tfowler@llrlaw.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Bradley Manewith <bmanewith@llrlaw.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; McGreevy, Morgan <morgan.mcgreevy@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>; Schnell, Hannah V. <hannah.schnell@morganlewis.com>
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

[EXTERNAL EMAIL]
Good Morning Counsel.

Just checking on the recent objections.  Please advise at your convenience.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Sarah Nevins
**Sent:** Friday, June 2, 2023 11:31 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com;

jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Thank you.

Respondent's kindly advise.

Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

JAMS - *Local Solutions. Global Reach.*TM
P: 313.209.8851
www.jamsadr.com

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Friday, June 2, 2023 11:28 AM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

**Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah - From this letter and the previous letters, it is our understanding that Twitter is not asserting that employees are bound to arbitrate their claims, if the employees do not have signed copies of their arbitration agreements.

If Twitter disagrees with this statement, it should say so and explain how these employees are to proceed with their claims in arbitration.

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Friday, June 2, 2023 8:09 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; Margaret Born <mborn@llrlaw.com>; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; cait.meyer@morganlewis.com
**Subject:** Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Good Morning Counsel.

I am in receipt of Respondent's objections to 98 Claimant filings on May 19, 2023.  Does Claimant wish to respond?  If so, by when?  Please advise.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.