# EXHIBIT L



NOTICE TO ALL PARTIES                                                                       January 19, 2023

      **RE:**    **Demands for Arbitration Against Twitter**

Dear Parties:

JAMS has received and reviewed Mr. Eric Meckley's January 5 letter regarding certain Demands for Arbitration against Twitter filed on behalf of Claimants by the firm of Lichten & Liss-Riordan, P.C., and the parties' related communications to JAMS.

Mr. Meckley, on behalf of Respondent, notes that the arbitration agreements enclosed with the above-referenced Demands are unsigned.  In light of this, he argues, the Demands fail to satisfy the requirements of JAMS Rule 5(a), and, accordingly, JAMS may not commence these arbitrations.  He further argues that numerous employees signed a different arbitration agreement that nowhere specifies JAMS or the JAMS Rules.  He objects to JAMS commencing any arbitration "unless and until Claimant's Counsel submits a signed and dated arbitration agreement specifying JAMS as the arbitrator provider for that specific claimant."

In light of the unsigned agreements and Respondent's objection, JAMS requests Claimants to amend the filings to include a signed arbitration agreement for each Claimant or, alternatively, a court order identifying JAMS and/or the JAMS Rules as applicable to the Claimant.  Where a Claimant's Demand includes a signed agreement naming JAMS or a court order identifying JAMS as applicable to the Claimant, JAMS will proceed.  (To date, counsel for Claimants has provided to JAMS a court order identifying JAMS as applicable to Claimants De Caires, Pan, and Cornet.  At this time JAMS will proceed as to those Demands.)

In the meantime, JAMS will withdraw the invoice(s) for the filing fees in connection with Demands where JAMS has no signed agreement or court order as described above.

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee