# EXHIBIT M

8/17/23, 10:34 AM Elon Musk on X: "If you were unfairly treated by your employer due to posting or liking something on this platform, we will fund your legal bi…

Case 3:23-cv-03301-SK   Document 6-13   Filed 08/31/23   Page 2 of 2



Settings

← Post

Elon Musk ✓
@elonmusk

If you were unfairly treated by your employer due to posting or liking something on this platform, we will fund your legal bill.

No limit.

Please let us know.

11:00 PM · Aug 5, 2023 · **136.6M** Views

**142.3K** Reposts   **27.7K** Quotes   **867.9K** Likes   **35.3K** Bookmarks

New to Twitter?
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Elon Musk ✓
@elonmusk                    Follow
Blades of Glory

Trends are unavailable.

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More···    © 2023 X Corp.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up