# EXHIBIT N

**Bradley Manewith**

| | |
|---|---|
| **From:** | Sarah Nevins <snevins@jamsadr.com> |
| **Sent:** | Wednesday, August 30, 2023 1:03 PM |
| **To:** | Shannon Liss-Riordan; Thomas Fowler; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com |
| **Cc:** | Lichten & Liss-Riordan, P.C.; Hannah Paxton; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; Margaret Born; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; cait.meyer@morganlewis.com |
| **Subject:** | Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991 |

Good Afternoon Counsel.

I am preparing to issue the non-California commencement letters for the cases in Nevada and Oregon.  For the Oregon cases, JAMS does not currently have any arbitrators who are licensed or set in Oregon.  Are the parties agreeable to potential arbitrators from the closest JAMS locations?  I have provided a list of the Claimants at issue below:

| Last Name | First Name | Arbitrator appointed or status | State |
|---|---|---|---|
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |
| | | Ready to proceed | OR |

Please advise at your convenience.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.