# EXHIBIT B

# Bradley Manewith

| | |
|---|---|
| **From:** | Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com> |
| **Sent:** | Thursday, August 17, 2023 10:28 PM |
| **To:** | Matthew Carrieri; Alamuddin, Sari M. |
| **Cc:** | Shannon Liss-Riordan; Bradley Manewith; Thomas Fowler |
| **Subject:** | Re: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - Discovery |

Matt,

Unless I'm mistaken, this case involves a NY claimant subject to the fee sharing issue. It is not currently being administered by JAMS.

Thanks,
Kaiser

**Kaiser H. Chowdhry**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1.202.739.5230 | Main: +1.202.739.3000 | Cell: 443.745.0393 | Fax: +1.202.739.3001
kaiser.chowdhry@morganlewis.com | www.morganlewis.com
Assistant: Roslyn J. Braden | +1.202.739.5781 | roslyn.braden@morganlewis.com

---

**From:** Matthew Carrieri <mcarrieri@llrlaw.com>
**Sent:** Thursday, August 17, 2023 11:25:22 PM
**To:** sari.alamuddin@morganlewis.com <sari.alamuddin@morganlewis.com>; kaiser.chowdhry@morganlewis.com <kaiser.chowdhry@morganlewis.com>
**Cc:** Shannon Liss-Riordan <sliss@llrlaw.com>; Bradley Manewith <bmanewith@llrlaw.com>; Thomas Fowler <tfowler@llrlaw.com>
**Subject:** Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - Discovery

[EXTERNAL EMAIL]
Sari and Kaiser,

Attached, please find the following discovery documents on behalf of Claimant Fabien Ho Ching Ma:
1. Claimant's First Set of Document Requests; and
2. Claimant's First Set of Interrogatories

Thank you.

Best,
Matt

Matthew Carrieri
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mcarrieri@llrlaw.com

1

www.llrlaw.com

This e-mail message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify Lichten & Liss-Riordan, P.C. at (617) 994-5800, and purge this e-mail message from your computer system immediately. Thank you.

**From:** Matthew Carrieri <mcarrieri@llrlaw.com>
**Date:** Monday, July 24, 2023 at 10:49 PM
**To:** sari.alamuddin@morganlewis.com <sari.alamuddin@morganlewis.com>
**Cc:** kaiser.chowdhry@morganlewis.com <kaiser.chowdhry@morganlewis.com>, Shannon Liss-Riordan <sliss@llrlaw.com>, Bradley Manewith <bmanewith@llrlaw.com>
**Subject:** Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - Initial Disclosures

Sari,

Per Judge Francis's Order No. 1 (Scheduling), which was entered on June 30, attached are Claimant's Rule 17(a) disclosures.

We've also attached Judge Francis's scheduling order for reference.

Best,
Matt

Matthew Carrieri
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800
617-994-5801 (fax)
mcarrieri@llrlaw.com
www.llrlaw.com

This e-mail message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify Lichten & Liss-Riordan, P.C. at (617) 994-5800, and purge this e-mail message from your computer system immediately. Thank you.