# EXHIBIT D

SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated, <br><br> Petitioners, <br><br> v. <br><br> TWITTER, INC., AND X CORP., <br><br> Respondents. | Case No. 3:23-cv-3301 <br><br> **DECLARATION OF RYAN CROWLEY IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION** |

I, Ryan Crowley, declare under penalty of perjury that the following statements are true and correct:

1) I am a Petitioner in the above-captioned matter. I submit this declaration in support of Petitioners' Motion to Compel Arbitration and for Preliminary Injunction.

2) I am a former employee of Twitter, Inc. At the outset of my employment, I was given an arbitration agreement, which I believe I signed. I have diligently searched for a signed copy of my arbitration agreement but cannot find one and do not believe I have a copy of it.

3) I filed an arbitration demand with JAMS alleging claims related to the termination of my employment following Elon Musk's acquisition of Twitter. Attached to my demand was an unsigned copy of what I believe to be my arbitration agreement, attached here as Exhibit 1.

4) Because JAMS has required a signed copy of my arbitration agreement in order to administer my arbitration, and Twitter has not provided the signed copy, my arbitration has not moved forward.

Executed in Palm Springs, CA on August 30, 2023

*Ryan Crowley*
Ryan Crowley

DECLARATION OF RYAN CROWLEY IN SUPPORT OF
PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION