# EXHIBIT E

**Bradley Manewith**

| | |
|---|---|
| **From:** | AAA Tacy Zysk <TacyZysk@adr.org> |
| **Sent:** | Tuesday, August 8, 2023 2:10 PM |
| **To:** | Savas, Eleanor; Shannon Liss-Riordan; Thomas Fowler; Lichten & Liss-Riordan, P.C.; Bradley Manewith; Margaret Born; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; megan.lipsky@morganlewis.com; owen.allen@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; clifford.haimann@morganlewis.com; cait.meyer@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; adele.doyle@morganlewis.com |
| **Cc:** | AAA Nicholas Truesdale-Greil; AAA Cheryl Florio |
| **Subject:** | RE: AAA 01-23-0002-1341 - 259(+) Individual Claimants v. Twitter, Inc. and X Corp. - Confirming Administrative Conference Call |

Dear Counsel,

This confirms an Administrative Conference call was held on August 4, 2023. Shannon Liss-Riordan and Bradley Manewith appeared for the Claimants, Sari Alamuddin and Kaiser Chowdhry appeared for the Respondent, and Tacy Zysk and Nicholas Truesdale-Greil were present for the AAA.

This correspondence summarizes our August 4, 2023, discussion.

*Fee/Cost Sharing Dispute to be Raised to Merits Arbitrators*

Respondent object to the AAA's initial administrative determination regarding fees/costs (that these arbitrations will proceed on the Employment/Workplace Mass Arbitration Administrative Fee Schedule, f/k/a the Employment/Workplace Multiple Case Filings Administrative Fee Schedule), and further contend that submitting this fee/cost sharing dispute to a Process Arbitrator would violate the parties' Dispute Resolution Agreement.

Claimants contend that the AAA made the proper initial administrative determination as to fee/cost sharing. Claimants did not take a position on whether it is appropriate to submit the fee/cost sharing dispute to a Process Arbitrator. However, Claimants have agreed for this issue to be raised in each individual arbitration to the Merits Arbitrators.

Accordingly, the parties will submit their fee/cost sharing dispute to the Merits Arbitrators in each individual case.

*Respondent's Inquiry about Potential Refund/Reimbursement of Fees/Costs*

This will confirm that should a Merits Arbitrator change the compensation allocation from the company paying 100% of the arbitrator's compensation to a 50/50 split, which Respondent intends to raise as a threshold issue, Respondent would need to request the arbitrator to order reimbursement by Claimant for any compensation already paid by Respondent. AAA would not refund or reallocate previously paid deposits. However, AAA would request compensation deposits in accordance with the Arbitrator's ruling for amounts assessed thereafter.

*Merits Arbitrator Selection to Proceed*

The parties agreed to proceed to the selection of Merits Arbitrators in individual cases. The AAA will issue aggregate selection lists for the parties' consideration. As requested by the parties, the AAA will not initially limit the parties' strikes for the aggregate selection lists.  However, if the parties' submitted selection lists do not yield enough arbitrators to serve, then the AAA will direct the parties to release strikes at that time.

The parties previously submitted ranked arbitrator lists in seven (7) individual cases. The parties' ranked lists in one case, *Margaret Haley v. Twitter, Inc. and X Corp., Inc,*, yielded no mutually agreeable arbitrators. The parties have mutually

requested to receive a supplemental arbitrator selection list in the *Margaret Haley* matter, which the AAA will furnish under separate cover later this week.

*Administrative Fees for Advancing to Arbitrator Selection Process*

As the parties are proceeding to the selection of the Merits Arbitrators in 259 cases subject to the Employment/Workplace Multiple Case Filing Administrative Fee Schedule, the AAA will be sending correspondence assessing the 259 Arbitrator Selection Process fees under separate cover. Please note Claimants will be assessed an arbitrator selection fee of $100 per case, and Respondents will be assessed an arbitrator selection fee of $1,750 per case.

Please contact the undersigned with any questions or concerns.

Thank you,



**AAA Tacy Zysk**
**Director of ADR Operations**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.