# EXHIBIT F

SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler, on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., AND X CORP.,<br><br>Respondents. | Case No. 3:23-cv-3301<br><br>**DECLARATION OF ADAM TREITLER IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION** |

I, Adam Treitler, declare under penalty of perjury that the following statements are true and correct:

1) I am a Petitioner in the above-captioned matter. I submit this Declaration in support of Petitioners' Motion to Compel Arbitration and for Preliminary Injunction.

2) I am a former employee of Twitter, Inc. I was terminated by Twitter on January 11, 2023.

3) Twitter informed me that I was laid off from my job because of a tweet I posted about Elon Musk.

4) I filed an arbitration demand with JAMS alleging claims related to the termination of my employment following Elon Musk's acquisition of Twitter.

5) However, Twitter has refused to pay the bill for my arbitration, and so my arbitration case has not moved forward.

Executed in  Astoria, NY   on August  30 , 2023

_____
Adam Treitler

DECLARATION OF ADAM TREITLER IN SUPPORT OF
PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION