# EXHIBIT G

**Bradley Manewith**

| | |
|---|---|
| From: | AAA Tacy Zysk <TacyZysk@adr.org> |
| Sent: | Thursday, July 6, 2023 11:56 AM |
| To: | Shannon Liss-Riordan; Thomas Fowler; Lichten & Liss-Riordan, P.C.; Bradley Manewith; Margaret Born; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; megan.lipsky@morganlewis.com; owen.allen@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; clifford.haimann@morganlewis.com; cait.meyer@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; adele.doyle@morganlewis.com |
| Cc: | AAA Nicholas Truesdale-Greil |
| Subject: | RE: Eight (8) Individual Claimants v. Twitter, Inc. and X Corp. - Confirming Administrative Conference Call |

```
01-23-0001-9464   [redacted] v. Twitter, Inc. and X Corp.
01-23-0002-2428   [redacted] v. Twitter, Inc. and X Corp.
01-23-0002-2429   [redacted] v. Twitter, Inc. and X Corp.
01-23-0002-2430   [redacted] v. Twitter, Inc. and X Corp.
01-23-0002-2431   Sarah Rosen v. Twitter, Inc. and X Corp.
01-23-0002-2432   [redacted] v. Twitter, Inc. and X Corp.
01-23-0002-2433   Grae Kindel v. Twitter, Inc. and X Corp.
01-23-0002-4541   [redacted] v. Twitter, Inc. and X Corp
```

Dear Counsel,

This confirms an administrative conference call in the above-referenced matters was held on June 30, 2023. Shannon Liss-Riordan and Bradley Manewith appeared for the Individual Claimants, Sari Alamuddin appeared for Respondents Twitter, Inc. and X Corp., and Tacy Zysk and Nicholas Truesdale-Greil were present for the AAA.

As an initial matter, the parties jointly informed the AAA they are in agreement to apply the AAA Supplementary Rules for Multiple Case Filings to these eight (8) arbitrations, and to include these arbitrations with the caseload of 280 arbitration filings submitted to the AAA by the Lichten & Liss-Riordan firm in May and June, 2023. However, the parties also agreed to proceed to Merits Arbitrator selection for these 8 cases at this time. Accordingly, the AAA will be issuing these 7 or 8 arbitrator selection lists for these matters over the coming days: the 8th list, in [redacted] *v Twitter and X Corp,* will be furnished upon receipt of Respondent's agreement to arbitrate that case with AAA.

*Challenge to Initial Administrative Determination:*

The parties have also identified a dispute regarding the proper allocation of the fees and costs of the individual arbitrations: Respondents disagree with the AAA's initial determination that the fees and costs of the individual arbitrations will be assessed in accordance with the AAA's Employment/Workplace Multiple Case Filings Administrative Fee schedule.

Respondents have confirmed that they are not raising this issue in every individual arbitration. They stated they will *not* dispute the fee schedule in any cases with a California locale, and that they will dispute the fee schedule in some, but not all, other arbitrations: Accordingly, Respondents are requested to provide the AAA with the complete list of individual cases for which they oppose the assessment of arbitration costs and fees in accordance with the Employment/Workplace Fee schedule by **July 20, 2023**. This disputed administrative issue will be resolved by one Process Arbitrator in accordance with Supplementary Rule MC-6: *Challenges to Initial Administrative Determinations.*

The parties have also requested options for a selection process for the appointment of the Process Arbitrator. As indicated during the call, we are providing the following options for the parties' consideration:

1. The AAA administratively appoints a Process Arbitrator in accordance with Rule MC-6;

2. The parties enter into a strike/rank process, where the AAA lists a selection of 10 to 20 arbitrators from our National Panel. The parties strike any names they find unacceptable, and rank the remaining names in order of preference. The AAA invites the highest ranked, mutually agreeable arbitrator to serve;

3. The AAA provides the parties with a link to our Arbitrator Search Platform, and the parties can search all of the AAA's panelists and agree upon a Process Arbitrator; this link would expire within 7 days, but can be renewed upon mutual request.

Absent agreement to an alternative process, the AAA will administratively appoint the Process Arbitrator (option 1).  Should the parties agree upon a different selection process not discussed above that will yield a mutually agreeable selection, we will accommodate the mutual request.

*Next Administrative Conference Call - July 19, 2023 at 4:00 pm Eastern/3:00 pm Central:*

A second Administrative Conference Call to discuss the selection of the Process Arbitrator, and to address any other items the parties wish to discuss, is scheduled for **July 19, 2023, at 3:00 pm Central / 4:00 pm Eastern**.  Please dial in to the call using the following information:

> **Tel: 855-633-2040**
> **Code:  2298142#**

Please be advised the case administrator will not initiate the conference call. All participants are requested to dial in at the above date and time to ensure the call begins promptly.

As always, please let us know if you have any questions.

Thank you,



**AAA Tacy Zysk**
**Director of ADR Operations**

American Arbitration Association

T: 401 431 4711  E: TacyZysk@adr.org
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.