# EXHIBIT H

# Bradley Manewith

| | |
|---|---|
| **From:** | Meckley, Eric <eric.meckley@morganlewis.com> |
| **Sent:** | Friday, March 24, 2023 5:57 PM |
| **To:** | Margaret Born; Shannon Liss-Riordan; Thomas Fowler; Bradley Manewith |
| **Cc:** | Hunter Field; Berry, Brian D.; Stephenson, Kassia; Cherry, Ashlee N.; Lotsoff, Jonathan D.; Wallace, Thomas Cullen |
| **Subject:** | RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991 |
| **Attachments:** | 010528-03__45325077v1_Twitter arbitration demands - JAMS office out of state - ML response 3 24 2023.XLSX |

Following up on our telephone conversation this afternoon, attached is the spreadsheet that you sent to me on Tuesday in which you identified the 105 claimants who are located in a state where JAMS does not have an office and where you identified what you believe to be the closest JAMS office.  I have highlighted in <mark>yellow</mark> the claimants where we do not agree to use, or have JAMS appoint, an arbitrator who is not licensed in the state of the claimant (for the reasons I previously expressed, including the fact that such person is not familiar with the common and statutory law of the jurisdiction in which the claimant is making claims).  As to the non-highlighted claimants in the attached spreadsheet, which are the majority of claimants, we would agree to have the JAMS office closest to the claimant administer the claim (because, in many of these instances, the jurisdictions are so closely related, e.g., NJ cities across the river from NYC, that practitioners in those jurisdictions are familiar with the laws of the adjoining jurisdiction, and perhaps admitted in those jurisdictions as well).

**Eric Meckley**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1013 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
eric.meckley@morganlewis.com | www.morganlewis.com
Assistant: Adele Doyle | +1.415.442.1528 | adele.doyle@morganlewis.com

| Demand # | First Name | Last Name | City | State | JAMS City | JAMS State |
|---|---|---|---|---|---|---|
| | | | Shawnee Hills | OH | Detroit | MI |
| | | | Hamden | CT | New York | NY |
| | | | Jersey City | NJ | Philadelphia | PA |
| | | | Winston-Salem | NC | Atlanta | GA |
| | | | Greenville | NC | Atlanta | GA |
| | | | Smithtown | NJ | New York | NY |
| | | | Ashburn | VA | Washington | D.C. |
| | | | Eugene | OR | Seattle | WA |
| | | | FAIRFAX | VA | Washington | D.C. |
| | | | Simsbury | CT | New York | NY |
| | | | Waterville | ME | Boston | MA |
| | | | Chandler | AZ | Las Vegas | NV |
| | | | Beaverton | OR | Seattle | WA |
| | | | Phoenix | AZ | Las Vegas | NV |
| | | | McLean | VA | Washington | D.C. |
| | | | Westfield | NJ | New York | NY |
| | | | Honolulu | HI | San Diego | CA |
| | | | Jersey City | NJ | New York | NY |
| | | | Arlington | VA | Washington | D.C. |
| 258 | Laila | Amlani | Peoria | AZ | San Diego | CA |
| | | | Tenafly | NJ | New York | NY |
| 278 | Jonathan | Willis | Pocatello | ID | Sacramento | CA |
| | | | Vienna | VA | Washington | D.C. |
| | | | Cliffside Park | NJ | New York | NY |
| | | | Morristown | NJ | New York | NY |
| | | | Midlothian | VA | Washington | D.C. |
| | | | Medford | OR | Seattle | WA |
| | | | Phoenix | AZ | San Diego | CA |
| 365 | Melissa | Olson | Sussex | WI | Chicago | IL |
| | | | Stamford | CT | New York | NY |
| | | | Jersey City | NJ | New York | NY |
| | | | Chapel Hill | NC | Washington | D.C. |
| | | | Virginia Beach | VA | Washington | D.C. |
| | | | Canterbury | NH | Boston | MA |
| | | | Arlington | VA | Washington | D.C. |
| | | | Litchfield Park | AZ | Riverside | CA |
| | | | Haddon Heights | NJ | Philadelphia | PA |
| | | | Beaverton | OR | Seattle | WA |
| | | | Pepeekeo | HI | San Francisco | CA |
| | | | Catharpin | VA | Washington | D.C. |
| | | | Phoenix | AZ | Las Vegas | NV |
| | | | Ellettsville | IN | Clayton | MO |
| | | | Phoenix | AZ | Las Vegas | NV |
| | | | Chapel Hill | NC | Atlanta | GA |
| | | | Cheshire | CT | Boston | MA |

| | | | |
|---|---|---|---|
| Newark | DE | Philadelphia | PA |
| Princeton | NJ | New York | NY |
| Tualatin | OR | Seattle | WA |
| Bloomfield | CT | New York | NY |
| Hackensack | NJ | New York | NY |
| Nashville | TN | Atlanta | GA |
| Lexington | KY | Atlanta | GA |
| Herndon | VA | Washington | D.C. |
| Jersey City | NJ | New York | NY |
| Little Rock | AR | Clayton | MO |
| Mount Hollt | NC | Atlanta | GA |
| Madison | CT | Boston | MA |
| Middletown | CT | Boston | MA |
| Maplewood | NJ | New York | NY |
| Plainville | CT | New York | NY |
| Ridgewood | NJ | New York | NY |
| Saint George | UT | Las Vegas | NV |
| Gaithersburg | MD | Washington | D.C. |
| Harrison | NJ | New York | NY |
| Portland | OR | Seattle | WA |
| East Orange | NJ | New York | NY |
| Jersey City | NJ | New York | NY |
| Richmond | VA | Washington | D.C. |
| Fairfax | VA | Washington | D.C. |
| Bloomfield | NJ | New York | NY |
| Farmington | CT | New York | NY |
| Englewood Cliffs | JK | New York | NY |
| Round Hill | VA | Washington | D.C. |
| Hillsboro | OR | Seattle | WA |
| Nashville | TN | Atlanta | GA |
| Edgewood | KY | Detroit | MI |
| Falls Church | VA | Washington | D.C. |
| New Orleans | LA | Houston | TX |
| Phoenix | AZ | Riverside | CA |
| Portland | OR | Seattle | WA |
| Louisville | KY | Clayton | MO |
| Franklin Lakes | NJ | New York | NY |
| Scottsdale | AZ | Las Vegas | NV |
| Aldie | VA | Washington | D.C. |
| Pa'ia | HI | San Francisco | CA |
| Portland | ME | Boston | MA |
| Jersey city | NJ | New York | NY |
| Union City | NJ | New York | NY |
| Indian Trail | NC | Atlanta | GA |
| Robbinsville | NJ | New York | NY |
| Durham | NC | Washington | D.C. |
| Portland | OR | Seattle | WA |

| | | | |
|---|---|---|---|
| Providence | RI | Boston | MA |
| New Providence | NJ | New York | NY |
| Charlotte | NC | Atlanta | GA |
| Atlantic Highlands | NJ | New York | NY |
| Batavia | OH | Detroit | MI |
| Falls Church | VA | Washington | D.C. |
| State College | PA | Washington | D.C. |
| Jersey City | NJ | New York | NY |
| Whitehouse Station | NJ | New York | NY |
| Monroe | OH | Detroit | MI |
| Fairfax | VA | Washington | D.C. |
| Woodburn | IN | Clayton | MO |
| Clarksville | MD | Washington | D.C. |