# EXHIBIT I

**Bradley Manewith**

| | |
|---|---|
| **From:** | Alamuddin, Sari M. <sari.alamuddin@morganlewis.com> |
| **Sent:** | Friday, July 21, 2023 9:43 AM |
| **To:** | Bradley Manewith |
| **Cc:** | Shannon Liss-Riordan; Chowdhry, Kaiser H. |
| **Subject:** | RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991 |

Brad:

Looks like this fell through the cracks with everything that has been going on, so apologies for the delayed response. As we have stated previously, we believe that each individual employee should separately submit a request to PeopleQuestions@twitter.com asking for their Dispute Resolution Agreement ("DRA") rather than your office submitting an omnibus request on behalf of 161 former employees. This is because Twitter requires written authorization from each individual employee expressly authorizing Twitter to release such files to third party representatives. (This is particularly true for individuals based in California – *see* California Labor Code § 1198.5(e).) To the extent that your office insists on requesting the DRAs on behalf of your clients, Twitter will first need a signed written authorization from each individual employee authorizing Twitter to release their DRAs to your office.

Separately, while Twitter will comply with requests for DRAs in good faith and as expeditiously as possible, it is under no obligation to comply with more than 50 requests for DRAs in a given calendar month for individuals based in California. *See, e.g.,* California Labor Code § 1198.5(p) ("An employer is not required to comply with more than 50 requests under this section to inspect and receive a copy of personnel records filed by a representative or representatives of employees in one calendar month"). Assuming that your office provides compliant signed and dated written authorizations, Twitter will move as promptly as possible, with due regard to its statutory obligations.

Once we receive the signed written authorizations, we will work with our client to produce the requested DRAs. Should you wish to discuss this matter further, please let us know.

Thank you,

**Sari M. Alamuddin**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1158 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
sari.alamuddin@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 | rhoda.morris@morganlewis.com



**From:** Bradley Manewith <bmanewith@llrlaw.com>
**Sent:** Tuesday, June 27, 2023 10:26 AM
**To:** Sarah Nevins <snevins@jamsadr.com>; Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Twitter Arbitration Demands Team (Intake) <TwitterArbitrationDemandsTeamIntake@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>; Thomas Fowler <tfowler@llrlaw.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; McGreevy, Morgan <morgan.mcgreevy@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>; Schnell, Hannah V. <hannah.schnell@morganlewis.com>
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

[EXTERNAL EMAIL]
Ms. Nevins – Claimants have attempted to obtain signed copies of their arbitration agreements from Twitter.  Specifically, on June 12th we sent an email and spreadsheet to PeopleQuestions@twitter.com, the Twitter email address provided by Mr. Chowdhry, requesting the signed arbitration agreements for each of our clients.  We also immediately forwarded the email and spreadsheet to Twitter's counsel upon receiving a bounce back message, which you were copied on. (For your convenience, copies of the June 12th emails are attached.)

To date, Twitter has failed to provide us, or our clients, with their signed arbitration agreements. As such, we once again request that Twitter provide the signed arbitration agreements.

Thank you,

Bradley Manewith
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
617-994-5800 (office)
617-994-5831 (direct)
617-994-5801 (fax)
bmanewith@llrlaw.com
www.llrlaw.com

This e-mail message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify Lichten & Liss-Riordan, P.C. at (617) 994-5800, and purge this e-mail message from your computer system immediately. Thank you.

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, June 27, 2023 9:04 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Good Morning Counsel.

Just checking on the recent objections.  Please advise at your convenience.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

**From:** Sarah Nevins
**Sent:** Friday, June 9, 2023 8:32 AM
**To:** 'Shannon Liss-Riordan' <sliss@llrlaw.com>
**Cc:** 'Hannah Paxton' <hpaxton@llrlaw.com>; 'Margaret Born' <mborn@llrlaw.com>; 'adele.doyle@morganlewis.com' <adele.doyle@morganlewis.com>; 'TwitterArbitrationDemandsTeamIntake@morganlewis.com' <TwitterArbitrationDemandsTeamIntake@morganlewis.com>; 'owen.allen@morganlewis.com' <owen.allen@morganlewis.com>; 'owen.allen@morganlewis.com' <owen.allen@morganlewis.com>; 'cait.meyer@morganlewis.com' <cait.meyer@morganlewis.com>; 'Thomas Fowler' <tfowler@llrlaw.com>; 'eric.meckley@morganlewis.com' <eric.meckley@morganlewis.com>; 'kassia.stephenson@morganlewis.com' <kassia.stephenson@morganlewis.com>; 'brian.berry@morganlewis.com' <brian.berry@morganlewis.com>; 'ashlee.cherry@morganlewis.com' <ashlee.cherry@morganlewis.com>; 'Bradley Manewith' <bmanewith@llrlaw.com>; 'cullen.wallace@morganlewis.com' <cullen.wallace@morganlewis.com>; 'jonathan.lotsoff@morganlewis.com' <jonathan.lotsoff@morganlewis.com>; 'morgan.mcgreevy@morganlewis.com' <morgan.mcgreevy@morganlewis.com>; 'sari.alamuddin@morganlewis.com' <sari.alamuddin@morganlewis.com>; 'kaiser.chowdhry@morganlewis.com' <kaiser.chowdhry@morganlewis.com>; 'megan.lipsky@morganlewis.com' <megan.lipsky@morganlewis.com>; 'clifford.haimann@morganlewis.com' <clifford.haimann@morganlewis.com>; 'hannah.schnell@morganlewis.com' <hannah.schnell@morganlewis.com>
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Good Morning Counsel.

Just checking on the recent objections.  Please advise at your convenience.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

**From:** Sarah Nevins
**Sent:** Friday, June 2, 2023 11:31 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Thank you.

Respondent's kindly advise.

Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*™
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

4

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Friday, June 2, 2023 11:28 AM
**To:** Sarah Nevins <snevins@jamsadr.com>
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Subject:** RE: Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah - From this letter and the previous letters, it is our understanding that Twitter is not asserting that employees are bound to arbitrate their claims, if the employees do not have signed copies of their arbitration agreements.

If Twitter disagrees with this statement, it should say so and explain how these employees are to proceed with their claims in arbitration.


Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com
www.llrlaw.com

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Friday, June 2, 2023 8:09 AM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>; Thomas Fowler <tfowler@llrlaw.com>; eric.meckley@morganlewis.com; kassia.stephenson@morganlewis.com; brian.berry@morganlewis.com; ashlee.cherry@morganlewis.com; Bradley Manewith <bmanewith@llrlaw.com>; cullen.wallace@morganlewis.com; jonathan.lotsoff@morganlewis.com; morgan.mcgreevy@morganlewis.com; sari.alamuddin@morganlewis.com; kaiser.chowdhry@morganlewis.com; megan.lipsky@morganlewis.com; clifford.haimann@morganlewis.com; hannah.schnell@morganlewis.com
**Cc:** Hannah Paxton <hpaxton@llrlaw.com>; Margaret Born <mborn@llrlaw.com>; adele.doyle@morganlewis.com; TwitterArbitrationDemandsTeamIntake@morganlewis.com; Margaret Born <mborn@llrlaw.com>; owen.allen@morganlewis.com; owen.allen@morganlewis.com; cait.meyer@morganlewis.com; cait.meyer@morganlewis.com
**Subject:** Liss-Riordan Twitter Cases - JAMS Ref No. 1601001991

Good Morning Counsel.

I am in receipt of Respondent's objections to 98 Claimant filings on May 19, 2023. Does Claimant wish to respond? If so, by when? Please advise.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS -** *Local Solutions. Global Reach.*TM
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.