SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani,*
*Jonathan Willis, Melissa Olson, Sasha Solomon,*
*Ryan Crowley, Grae Kindel, Sarah Rosen, and*
*Adam Treitler, on behalf of themselves*
*and all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC. AND X CORP.,<br><br>Respondents. | Case No. 3:23-cv-3301<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Magistrate Judge Sallie Kim |

Pending before the Court is Petitioners' Motion to Compel Arbitration and for Preliminary Injunction, Dkt. 7. Having read and considered all papers submitted by the parties, and for good cause shown,

IT IS ORDERED that the Petition to Compel Arbitration is granted. Respondents are hereby ordered to participate in the arbitrations that have been filed against them. In particular, Respondents are ordered to:

1. Pay all arbitration fees consistent with determinations and applicable rules set forth by the Judicial Arbitration and Mediation Services ("JAMS") and the American Arbitration Association ("AAA").

2. Proceed with arbitration through, and select arbitrators from, the nearest JAMS office if the former employee is located in a state where JAMS does not have a sufficient number of arbitrators to furnish a full arbitrator strike list.

3. Produce the signed arbitration agreement to any former employee who has filed an arbitration demand with JAMS, but who did not attach a copy of their signed arbitration agreement to their arbitration demand.

DATED:_____     _____
                                    Magistrate Judge Sallie Kim