SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani,
Jonathan Willis, Melissa Olson, Sasha Solomon,
Ryan Crowley, Grae Kindel, Sarah Rosen, and
Adam Treitler, on behalf of themselves
and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>                Petitioners,<br><br>        v.<br><br>TWITTER, INC., AND X CORP.,<br><br>                Respondents. | Case No. 3:23-cv-3301<br><br>**DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION** |

I, Shannon Liss-Riordan, declare under penalty of perjury that the following statements are true and correct:

1) I am a partner at the law firm of Lichten & Liss-Riordan, P.C., and lead counsel for the Petitioners in the above-captioned matter.  I submit this declaration in support of Petitioners' Motion for an Earlier Hearing Date on Their Motion to Compel Arbitration and for Preliminary Injunction.

2) Petitioners filed their Petition to Compel Arbitration on July 3, 2023 (Dkt. 1), and their Amended Petition to Compel Arbitration (Dkt. 6), as well as their Motion to Compel Arbitration and for Preliminary Injunction (Dkt. 7), on August 30, 2023.

3) Petitioners seek to compel Respondents Twitter, Inc., and X Corp. (collectively "Twitter") to arbitrate the claims of Petitioners, and the claims of the thousands of other former employees who Respondents have refused to proceed with under the rules set forth by Judicial Arbitration and Mediation Services ("JAMS") and the American Arbitration Association ("AAA") (the arbitration providers that Twitter agreed to). Despite compelling its former employees to arbitrate their claims against the company, Twitter has taken every opportunity to prevent many of them from actually pursuing their claims in arbitration.

4) Twitter's obligation to participate in and cooperate with these arbitrations -- and cease its conduct that is preventing these arbitrations from proceeding -- is a threshold issue that must be resolved now. Without immediate court action, many hundreds of the thousands of former Twitter employees, including Petitioners, for whom Twitter is refusing to engage in arbitration are left with no recourse, since they cannot pursue their claims in court and Twitter will not allow them to pursue their claims in arbitration.

5) Because October 9, 2023, is a court holiday, the first available hearing date more than thirty-five (35) days from the date Petitioner's filed their Motion to Compel Arbitration and for Preliminary Injunction is October 16, 2023.

6) I have jury trial scheduled to start on October 16, 2023, in the matter of: *Depianti*

*et al. v. Jan-Pro Franchising International, Inc.*, C.A. No. 3:16-cv-05961 (N.D. Cal.). The trial is scheduled to last at least one week.

7) As a result, if the hearing is not scheduled for an earlier date, Petitioners would need to wait until November for the Court to decide their motion.

8) We will immediately serve this motion today, along with Petitioner's initial Petition to Compel Arbitration, Amended Petition to Compel Arbitration, and Motion to Compel Arbitration and for Preliminary Injunction, on Twitter's registered agent via process server and will serve any order the Court may issue promptly. We will also send copies to Twitter's counsel via electronic mail.

9) There have been no previous time modifications in this case.

Executed in Boston, MA on August 31, 2023

*By: /s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, Esq.
