SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani,*
*Jonathan Willis, Melissa Olson, Sasha Solomon,*
*Ryan Crowley, Grae Kindel, Sarah Rosen, and*
*Adam Treitler, on behalf of themselves*
*and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC. AND X CORP.,<br><br>Respondents. | Case No. 3:23-cv-3301-SK<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Magistrate Judge Sallie Kim |

     Pending before the Court is Petitioners' Motion for an Earlier Hearing Date on Their Motion to Compel Arbitration and for Preliminary Injunction, Dkt. 7. Having read and considered all papers submitted by the parties, and for good cause shown,

     IT IS ORDERED that the Motion is granted as follows:

     1.    The hearing on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction, is scheduled for October 2, 2023 at 1:30 pm.

DATED:_____                       _____
                                                                            Magistrate Judge Sallie Kim