UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIEN HO CHING MA,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-03301-SK<br><br>**ORDER DENYING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE**<br><br>Regarding Docket No. 8 |

This matter comes before the Court on Petitioners' administrative motion to expedite the hearing date on their motion to compel arbitration and for a preliminary injunction. (Dkt. No. 8.) Petitioners filed their administrative motion on August 31, 2023, pursuant to Civil Local Rule 6-3. Defendants, who have not yet been served in this matter, did not file any opposition to Petitioners' motion pursuant to 6-3(b).

Having considered Petitioners' administrative motion, and good cause appearing therefor, the Court hereby DENIES Petitioners' administrative motion to expedite the hearing date on their motion to compel arbitration and for a preliminary injunction. Because Defendants have not yet been served, the motion is premature. The Court hereby ORDERS that the hearing presently scheduled for October 2, 2023 is continued until October 30, 2023 and that the pending Case Management Conference be moved to October 30, 2023, to be heard with the motion. A Case Management Statement is due by October 23, 2023.

**IT IS SO ORDERED**.

Dated: September 5, 2023

_____
SALLIE KIM
United States Magistrate Judge