| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Shannon Liss-Riordan, Esq.<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>  *Telephone No:* 617-994-5800<br>  *Attorney For:* Petitioner | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of California, San Francisco Division

*Plaintiff:*  FABIEN HO CHING MA, et al.
*Defendant:* TWITTER, INC. AND X CORP

| **PROOF OF SERVICE** | Hearing Date:<br>10/02/23 | Time:<br>1:30pm | Dept/Div: | Case Number:<br>3:23-cv-3301-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED CLASS PETITION TO COMPEL ARBITRATION; PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; PETITION TO COMPEL ARBITRATION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

3. a. Party served:    X Corp.
   b. Person served:  Sarai Marin, authorized to accept service for CT Corp, Agent for Service

4. Address where the party was served:   330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 31 2023 (2) at: 12:40 PM

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/05/2023
(Date)                                              (Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | *9490835*<br>*(371020)* |
|---|---|---|