AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, <br> *Plaintiff(s)* <br> v. <br> TWITTER, INC. and X CORP., <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-3301-SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Twitter, Inc. & X Corp.
C T Corporation System, Registered Agent
330 N. Brand Blvd. Ste #700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shannon Liss-Riordan
Bradley Manewith
Lichten & Liss-Riordan, P.C.
729 Boylston St. Suite 2000
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date:   09/06/2023

*Signature of Clerk or Deputy Clerk*

|  |  |  |  |  |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Shannon Liss-Riordan, Esq.<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>　*Telephone No:* 617-994-5800<br><br>　*Attorney For:* Plaintiff | | *Ref. No. or File No.:*<br>Ma v Twitter | | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of California

　*Plaintiff:*　FABIEN HO CHING MA, et al.
　*Defendant:*　TWITTER, INC. and X CORP.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:23-cv-03301-SK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION TO COMPEL ARBITRATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE ASSIGNMENT ORDER; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; AMENDED CLASS PETITION TO COMPEL ARBITRATION; PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; ORDER DENYING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE; [PROPOSED] SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; PROOF OF SERVICE TWITTER INC.; PROOF OF SERVICE X CORP.; NOTICE OF ADDITIONAL PARTIES; CASE ASSIGNED TO MAGISTRATE JUDGE SALLIE KIM; SET DEADLINES AS TO [7] MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION

3. a.　Party served:　　Twitter, Inc.
   b.　Person served:　Sarai Marin, authorized to accept service for CT Corp, Agent for Service , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:　330 N Brand Blvd Suite 700, Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 07 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)　　　　　　　　d. *The Fee* for Service was:
   b. FIRST LEGAL
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/08/2023
(Date)　　　　　　　　　　　　　　　　　　　　　(Signature)

| Attorney or Party without Attorney: Shannon Liss-Riordan, Esq.<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>Telephone No: 617-994-5800<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Ma v Twitter | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Northern District of California | | |
| Plaintiff: FABIEN HO CHING MA, et al.<br>Defendant: TWITTER, INC. and X CORP. | | |
| **PROOF OF SERVICE** | Hearing Date: / Time: / Dept/Div: | Case Number:<br>3:23-cv-03301-SK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION TO COMPEL ARBITRATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; MAGISTRATE JUDGE ASSIGNMENT ORDER; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; AMENDED CLASS PETITION TO COMPEL ARBITRATION; PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE ON THEIR MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION; ORDER DENYING PETITIONERS' MOTION FOR AN EARLIER HEARING DATE; [PROPOSED] SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; PROOF OF SERVICE TWITTER INC.; PROOF OF SERVICE X CORP.; NOTICE OF ADDITIONAL PARTIES; CASE ASSIGNED TO MAGISTRATE JUDGE SALLIE KIM; SET DEADLINES AS TO [7] MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION

3. a. Party served: X Corp.
   b. Person served: Sarai Marin, authorized to accept service for CT Corp, Agent for Service, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 N Brand Blvd Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 07 2023 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

09/08/2023
(Date)                              (Signature)