| | |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>BRADLEY MANEWITH *(pro hac vice* forthcoming)<br>(bmanewith@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:   (617) 994-5800<br>Facsimile:   (617) 994-5801<br><br>Attorneys for Petitioners<br>FABIEN HO CHING MA, LAILA AMLANI,<br>JONATHAN WILLIS, MELISSA OLSON, SASHA<br>SOLOMON, RYAN CROWLEY, GRAE KINDEL,<br>SARAH ROSEN, AND ADAM TREITLER,<br>on behalf of themselves and all others similarly<br>situated | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Kassia Stephenson, Bar No. 336175<br>kassia.stephenson@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:   +1.650.843.4000<br>Fax:   +1.650.843.4001<br><br>Attorneys for Respondent<br>X CORP. AS SUCCESSOR IN<br>INTEREST TO TWITTER, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, AND ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>           Petitioners,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>           Respondents. | Case No. 3:23-cv-03301-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

Pursuant to Civil Local Rule 6-2, Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler ("Petitioners") and Respondent X Corp., on its own behalf and as successor in interest to Respondent Twitter, Inc. (hereinafter "Respondent") (Petitioners and Respondent shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 24, 2023, the Court in the matter entitled *Eitan Adler v. Twitter, Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate the plaintiff's claims, and the parties have scheduled such mediation to take place on December 1–2, 2023.

WHEREAS, counsel for the Parties have conferred and agreed that the interests of preserving judicial economy and the Parties' collective time and resources would be best served by including the pending Action within the scope of mediation ordered by the federal court in *Adler*.

WHEREAS, in service of judicial economy counsel for the Parties have conferred and agreed to request a temporary stay of this Action, including all currently pending deadlines, briefing schedules, court conferences, motion hearings and Court decisions through January 2, 2024, given that mediation will occur in December.

WHEREAS, the Parties have conferred and specifically request that the Court stay the briefing on Petitioner's pending Motion to Compel Arbitration and for Preliminary Injunction and defer ruling on the pending Motion to Compel Arbitration and for Preliminary Injunction until January 2, 2024 or later, and also continue the Case Management Conference currently scheduled for October 30, 2023 until after January 2, 2024.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1.   This Action shall be stayed through January 2, 2024;

2.   All pending pre-trial and discovery-related deadlines, including all briefing deadlines relating to the Motion to Compel Arbitration and for Preliminary Injunction, shall be

1 | continued to after January 2, 2024;

2 |     3.     The case management conference and the hearing on the Motion to Compel Arbitration and for Preliminary Injunction, both of which are currently set for October 30, 2023, shall be continued to a date on or after January 2, 2024; and

    4.     The Parties shall report to the Court the status of settlement discussions by January 2, 2024, and indicate their position as to whether the stay should be continued or lifted.

IT IS SO STIPULATED.

Respectfully submitted,
FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email: sliss@llrlaw.com; bmanewith@llrlaw.com

Respectfully submitted,
X CORP. as successor in interest to
TWITTER, INC.

By their attorneys,

/s/ *Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com;
email: brian.berry@morganlewis.com

Dated:     September 19, 2023

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that, to allow the Parties to mediate the claims in this Action:

1. This Action is hereby stayed through January 2, 2024.

2. All pending pre-trial and discovery-related deadlines, including all briefing deadlines relating to the Motion to Compel Arbitration and for Preliminary Injunction, shall be continued to dates after January 2, 2024.

3. The case management conference and the hearing on Petitioner's Motion to Compel Arbitration and for Preliminary Injunction, both of which are currently set for October 30, 2023, shall be continued to a date on or after January 2, 2024.

4. The Parties shall submit a joint status report no later than January 2, 2024 regarding the status of settlement discussions, indicating their position as to whether the stay should be continued or lifted, proposing a date for Respondent to oppose the Motion to Compel Arbitration and for Preliminary Injunction and for Petitioner to file a reply brief in support of same, and proposing a hearing date for the Motion to Compel Arbitration and for Preliminary Injunction.

Dated: _____          _____
                                        Honorable Sallie Kim
                                        Magistrate Judge