UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIEN HO CHING MA, et al.,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>TWITTER, INC., et al.,<br><br>　　　　Respondents. | Case No. 23-cv-03301-JST<br><br>**ORDER STAYING CASE AND ADMINISTRATIVELY TERMINATING PETITIONERS' MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION**<br><br>Re: ECF Nos. 7, 16, 21 |

The parties have agreed to stay this case through January 2, 2024, pending mediation. ECF No. 21.[1] Their stipulated request is granted as modified below:

　　1.　　This case is stayed through January 2, 2024.

　　2.　　The initial case management conference is scheduled for January 30, 2024.

　　3.　　Petitioners' motion to compel arbitration and for preliminary injunction, ECF No. 7, is administratively terminated.

　　4.　　The parties shall submit a joint status report no later than January 2, 2024, regarding the status of settlement discussions, indicating their position as to whether the stay should be continued or lifted and, if the stay should be lifted, a proposed briefing and hearing schedule for Petitioners' motion to compel arbitration and for preliminary injunction.

**IT IS SO ORDERED.**

Dated:  September 21, 2023



　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The parties filed an identical stipulation before this case was reassigned following Defendants' declination of magistrate judge jurisdiction.  ECF No. 16.