SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Petitioners
FABIEN HO CHING MA, LAILA AMLANI,
JONATHAN WILLIS, MELISSA OLSON, SASHA
SOLOMON, RYAN CROWLEY, GRAE KINDEL,
SARAH ROSEN, AND ADAM TREITLER,
on behalf of themselves and all others similarly
situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondent
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, AND ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Respondents. | Case No. 4:23-cv-03301-JST<br><br>**JOINT STATUS REPORT** |

Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler ("Petitioners") and Respondent X Corp., on its own behalf and as successor in interest to Respondent Twitter, Inc. (hereinafter "Respondent") (Petitioners and Respondent shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

The Parties engaged in settlement discussions and attended a mediation on December 1, 2023 in an effort to resolve this matter. The Parties were unable to resolve the claims in this matter at mediation. Accordingly, the Parties stipulate and request the following:

1. The stay previously entered in this matter shall be lifted effective immediately; and
2. The Court shall enter the following proposed briefing and hearing schedule for Petitioners' Motion to Compel Arbitration and for Preliminary Injunction:
   - Petitioners' deadline to file their Motion to Compel Arbitration and for Preliminary Injunction: January 5, 2024
   - Respondents' deadline to file their Opposition to Petitioners' Motion to Compel Arbitration and for Preliminary Injunction: February 2, 2024
   - Petitioners' deadline to file Reply in support of Petitioners' Motion to Compel Arbitration and for Preliminary Injunction: February 16, 2024
   - Hearing on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction: February 29, 2024, at 2:00 PM

Respectfully submitted,

FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116

|   |   |
|---|---|
| 1 | (617) 994-5800 |
| 2 | email:  sliss@llrlaw.com |
|   | email:  bmanewith@llrlaw.com |

Respectfully submitted,

X CORP. as successor in interest to
TWITTER, INC.

*/s/ Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com
email: brian.berry@morganlewis.com

Dated:          January 2, 2024

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Status Report and Request to Lift Stay and for GOOD CAUSE appearing, the Court hereby orders that:

1. The stay previously entered in this matter is hereby lifted, effective immediately.

2. The Court hereby enters the following briefing and hearing schedule for Petitioners' Motion to Compel Arbitration and for Preliminary Injunction:

- Petitioners shall file their Motion to Compel Arbitration and for Preliminary Injunction on January 5, 2024
- Respondents shall file their Opposition to Petitioners' Motion to Compel Arbitration and for Preliminary Injunction on February 22024
- Petitioners shall file their Reply in support of Petitioners' Motion to Compel Arbitration and for Preliminary Injunction on February 16, 2024
- The hearing on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction shall occur on February29, 2024, at 2:00 PM

Dated: _____        _____
                                      The Honorable Jon S. Tigar
                                      United States District Court Judge