SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Petitioners
FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, AND ADAM TREITLER, on behalf of themselves and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondent
X CORP. as successor in interest to TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, AND ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Respondents. | Case No. 4:23-cv-03301-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler ("Petitioners") and Respondent X Corp., on its own behalf and as successor in interest to Respondent Twitter, Inc. (hereinafter "Respondent") (Petitioners and Respondent shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 21, 2023, the Court stayed this case pending the parties' mediation to take place on December 1–2, 2023, and scheduled an Initial Case Management Conference for January 30, 2024 (ECF No. 22).

WHEREAS, on January 4, 2024, the Court issued an Order that lifted the stay in this case and entered a briefing schedule on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction (the "Motion"), setting a March 14, 2024, hearing date for Petitioners' Motion (ECF No. 25).

WHEREAS, in service of judicial economy, counsel for the Parties have conferred and agreed to request that the Initial Case Management Conference currently scheduled for January 30, 2024, be continued to a date following the March 14, 2024, hearing on Petitioners' pending Motion.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The Initial Case Management Conference currently scheduled for January 30, 2024, shall be continued to a date convenient for the Court following the March 14, 2024, hearing on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction.

/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

Respectfully submitted,
FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER
By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
email:  sliss@llrlaw.com; bmanewith@llrlaw.com

Respectfully submitted,
X CORP. as successor in interest to TWITTER, INC.

By their attorneys,

/s/ *Eric Meckley*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com;
email: brian.berry@morganlewis.com

Dated:  January 23, 2024

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders as follows:

The Initial Case Management Conference currently scheduled for January 30, 2024, shall be continued to _____ at 2:00 p.m.

Dated: _____

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE