SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH *(pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Petitioners
FABIEN HO CHING MA, LAILA AMLANI,
JONATHAN WILLIS, MELISSA OLSON, SASHA
SOLOMON, RYAN CROWLEY, GRAE KINDEL,
SARAH ROSEN, AND ADAM TREITLER,
on behalf of themselves and all others similarly
situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Respondent
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, AND ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Respondents. | Case No. 4:23-cv-03301-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL ARBITRATION** |

Pursuant to Civil Local Rule 6-2, Petitioners Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Grae Kindel, Sarah Rosen, and Adam Treitler ("Petitioners") and Respondent X Corp., on its own behalf and as successor in interest to Respondent Twitter, Inc. (hereinafter "Respondent") (Petitioners and Respondent shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 21, 2023, the Court stayed this case pending the Parties' mediation to take place on December 1–2, 2023, and scheduled an Initial Case Management Conference for January 30, 2024 (ECF No. 22).

WHEREAS, on January 4, 2024, the Court issued an Order that lifted the stay in this case and entered a briefing schedule on Petitioners' Motion to Compel Arbitration and for Preliminary Injunction (the "Motion"), setting a March 14, 2024 hearing date for Petitioners' Motion (ECF No. 25).

WHEREAS, on January 23, 2024, the Parties requested a stipulated order continuing the Initial Case Management Conference scheduled for January 30, 2024, which the Court denied (ECF Nos 27, 28).

WHEREAS, the Parties wish to modify the briefing schedule on the Motion, provided that their proposed briefing schedule will not affect the hearing date.  The Parties agree that Respondent's deadline to oppose the Motion will be February 9, 2024, and that Petitioners' deadline to file a reply in support of the Motion will be February 23, 2024.  The hearing set for March 14, 2024 at 2:00 p.m. will be unaffected by this modified briefing schedule.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

Respondent's deadline to oppose the Motion shall be February 9, 2024.  Petitioners' deadline to file a reply in support of the Motion shall be February 23, 2024.  The hearing on the Motion will remain set for March 14, 2024 at 2:00 p.m.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER |
| 4 | | By their attorneys, |
| 5 | | |
| 6 | | /s/ *Shannon Liss-Riordan* |
|   | | Shannon Liss-Riordan, SBN 310719 |
| 7 | | Bradley Manewith (*pro hac vice* forthcoming) |
|   | | LICHTEN & LISS-RIORDAN, P.C. |
| 8 | | 729 Boylston Street, Suite 2000 |
|   | | Boston, MA 02116 |
| 9 | | (617) 994-5800 |
|   | | email:  sliss@llrlaw.com; bmanewith@llrlaw.com |
| 10 | | |
| 11 | Dated:     January 29, 2024 | |
| 12 | | Respectfully submitted, |
|   | | X CORP. as successor in interest to |
| 13 | | TWITTER, INC. |
| 14 | | By their attorneys, |
| 15 | | |
|   | | /s/ *Brian D. Berry* |
| 16 | | Eric Meckley, SBN 168181 |
|   | | Brian D. Berry, SBN 229893 |
| 17 | | Ashlee N. Cherry, SBN 312731 |
|   | | Kassia Stephenson, SBN 336175 |
| 18 | | MORGAN, LEWIS, & BOCKIUS LLP |
|   | | One Market, Spear Street Tower |
| 19 | | San Francisco, CA 94105 |
|   | | (415) 442-1000 |
| 20 | | email: eric.meckley@morganlewis.com; |
| 21 | | email: brian.berry@morganlewis.com |
| 22 | Dated:     January 29, 2024 | |

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MTC ARBITRATION
CASE NO. 4:23-CV-03301-JST

3

**SIGNATURE ATTESTATION**

    I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized its filing.

Dated:      January 29, 2024      Respectfully submitted,

*/s/ Brian D. Berry*
Eric Meckley, SBN 168181
Brian D. Berry, SBN 229893
Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com;
email: brian.berry@morganlewis.com

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders as follows:

Respondent's deadline to oppose the Motion shall be February 9, 2024. Petitioners' deadline to file a reply in support of the Motion shall be February 23, 2024. The hearing on the Motion will remain set for March 14, 2024 at 2:00 p.m.

Dated: January 31, 2024

_____
Honorable Jon S. Tigar
District Judge