SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Petitioners Fabien Ho Ching Ma, Laila Amlani,*
*Jonathan Willis, Melissa Olson, Sasha Solomon,*
*Ryan Crowley, Lenna (Grae) Kindel, Sarah Rosen, and*
*Adam Treitler, on behalf of themselves*
*and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, GRAE KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., AND X CORP.,<br><br>Respondents. | Case No. 4:23-cv-3301<br><br>**EXHIBIT A TO PETITIONERS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF MARCH 11, 2024 (DKT. 41)[1]** |

---

[1]   Petitioners inadvertently failed to attach this exhibit to Petitioners' Supplemental Brief in Response to the Court's Order of March 11, 2024, which was filed on April 5, 2024. The attached is the Exhibit A referenced on page 2 of their Supplemental Brief. (Dkt. 43 at 7.) The exhibit that was previously attached to Petitioners' Supplemental Brief is the exhibit referenced in footnote 9 on page 10 of their Supplemental Brief. (Dkt. 43 at 15.)

Respectfully submitted,

PETITIONERS FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, LENNA (GRAE) KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
Bradley Manewith (*pro hac vice* forthcoming)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com; bmanewith@llrlaw.com

Dated:    April 6, 2024

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on all counsel of record via the Court's CM/ECF system on April 6, 2024.

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719

| | |
|---|---|
| **From:** | Alamuddin, Sari M. <sari.alamuddin@morganlewis.com> |
| **Sent:** | Friday, June 30, 2023 9:49 AM |
| **To:** | Shannon Liss-Riordan |
| **Cc:** | Chowdhry, Kaiser H.; Matthew Carrieri; Twitter Attorneys |
| **Subject:** | RE: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - proposed scheduling order |
| **Attachments:** | 010528-03__46085373v1_Twitter_Fabien Ma- Twitter's Proposed edits to Ma scheduling order (6.26.23).DOCX |

Edits in track changes in the attached; they reflect (a) our position (over your objection) that we will not arbitrate under the minimum standards and the parties' agreement that submitting this schedule does not constitute a waiver of that position and (b) presentation of the two issues we have not reached agreement on and have been submitting to arbitrators to resolve (right to SJ and how to deal with live testimony at hearing).  One or two other nits.

If these changes are acceptable, you have our permission to finalize and submit.  Thanks.

**Sari M. Alamuddin**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive, Suite 2800 | Chicago, IL 60606-1511
Direct: +1.312.324.1158 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
sari.alamuddin@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 | rhoda.morris@morganlewis.com



**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Thursday, June 29, 2023 10:47 PM
**To:** Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>
**Cc:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>
**Subject:** RE: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - proposed scheduling order

[EXTERNAL EMAIL]
Ok, thanks

**From:** Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>
**Sent:** Thursday, June 29, 2023 11:45 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>
**Subject:** Re: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - proposed scheduling order

I understand that you don't agree with our objection; I just want to make clear that there is no waiver. I'll circulate some proposed edits tomorrow a.m.

**Sari M. Alamuddin**

**Morgan, Lewis & Bockius LLP**

77 West Wacker Drive, Fifth Floor | Chicago, IL 60601
Direct: +1.312.324.1158 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
sari.alamuddin@morganlewis.com | www.morganlewis.com
Assistant: Rhoda Morris | +1.312.324.1157 | rhoda.morris@morganlewis.com

---

**From:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Sent:** Thursday, June 29, 2023 10:42 PM
**To:** Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>
**Cc:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>
**Subject:** RE: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - proposed scheduling order

[EXTERNAL EMAIL]
We don't agree that your objection is valid. So let's get this submitted tomorrow, and you can insert a statement about your objection and that Claimant is not agreeing with it. And input any other proposed edits you have. We're not saying that you're waiving anything by submitting it.

Shannon

---

**From:** Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>
**Sent:** Thursday, June 29, 2023 11:39 PM
**To:** Shannon Liss-Riordan <sliss@llrlaw.com>
**Cc:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Matthew Carrieri <mcarrieri@llrlaw.com>; Twitter Attorneys <twitterattorneys@llrlaw.com>
**Subject:** Re: Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295 - proposed scheduling order

This is one of the cases where we have objected to proceeding under the Minimum Standards. I believe we have uploaded that objection to the file. So I don't think we can agree to submit a scheduling order unless you agree that its not a waiver of our position. If that is the case, I believe there are a few changes that we would need to make tomorrow before submitting both to conform to the scheduling orders we have submitted in other cases and to include specific reference to this issue - namely that that the parties agree that by submitting this scheduling order we are not waiving our objection to proceeding under the Minimum Standards.

**Sari M. Alamuddin**

**Morgan, Lewis & Bockius LLP**

77 West Wacker Drive, Fifth Floor | Chicago, IL 60601

2

Direct: +1.312.324.1158 | Main: +1.312.324.1000 | Fax: +1.312.324.1001

sari.alamuddin@morganlewis.com | www.morganlewis.com

**Cc:** cait.meyer@morganlewis.com; owen.allen@morganlewis.com; adele.doyle@morganlewis.com; Margaret Born <mborn@llrlaw.com>; Hannah Paxton <hpaxton@llrlaw.com>; Lichten & Liss-Riordan, P.C. <twitterlawsuit@llrlaw.com>; James Francis IV <JFrancis@jamsadr.com>; Catrina Barnes <CBarnes@jamsadr.com>
**Subject:** REMINDER - ZOOM CALL// Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295

Dear Counsel,

Please let this email serve as a reminder of the call scheduled in the above-referenced matter for tomorrow.  Zoom details are below.

---

**From:** Cathleya Fajardo
**Sent:** Wednesday, June 21, 2023 3:42 PM
**To:** hannah.schnell@morganlewis.com; clifford.haimann@morganlewis.com; megan.lipsky@morganlewis.com; kaiser.chowdhry@morganlewis.com; sari.alamuddin@morganlewis.com; morgan.mcgreevy@morganlewis.com; jonathan.lotsoff@morganlewis.com; cullen.wallace@morganlewis.com; ashlee.cherry@morganlewis.com; brian.berry@morganlewis.com; kassia.stephenson@morganlewis.com; eric.meckley@morganlewis.com; mgonzalez@llrlaw.com; bmanewith@llrlaw.com; tfowler@llrlaw.com; sliss@llrlaw.com
**Cc:** cait.meyer@morganlewis.com; owen.allen@morganlewis.com; adele.doyle@morganlewis.com; mborn@llrlaw.com; hpaxton@llrlaw.com; James Francis IV <JFrancis@JAMSADR.com>; Catrina Barnes <CBarnes@JAMSADR.com>
**Subject:** ZOOM CALL// Ma, Fabien Ho Ching vs. Twitter, Inc. - JAMS Ref No. 1601002295


Dear Counsel:

This email confirms that your Zoom call with Hon. James C. Francis (Ret.) is scheduled, in the above-referenced matter, as follows:

 **DATE**:  Friday, June 23, 2023

 **TIME**:  9AM ET

 **LINK TO THE CALL:** https://jamsadr.zoom.us/j/96954893383

 **MEETING CODE**:  969 5489 3383

 **DIAL-IN**:
 +1 646 558 8656 US (New York)
 +1 312 626 6799 US (Chicago)
 +1 301 715 8592 US (Washington DC)


If you have any questions, please feel free to contact me directly at (212) 607-2756.


Best regards,

       **Cathleya Fajardo**
       Case Coordinator

4



**JAMS -** *Local Solutions. Global Reach.*™
620 Eighth Avenue| 34th Floor | New York, NY 10018
P: 212.607.2756 | F: 212.751.4099
**www.jamsadr.com**

Manage your case anytime, anywhere. **Register now for JAMS Access**.
Follow us on **LinkedIn** and **Twitter**.

5