SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

Attorneys for Petitioners *Fabien Ho Ching Ma, Laila Amlani, Jonathan Willis, Melissa Olson, Sasha Solomon, Ryan Crowley, Lenna (Grae) Kindel, Sarah Rosen, and Adam Treitler, on Behalf of Themselves and All Others Similarly Situated*

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Respondents X CORP., successor in interest to TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, LENNA (GRAE) KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC. and X CORP.,<br><br>Respondents | Case No. 4:23-cv-3301-JT<br><br>**PARTIES' PROPOSALS REGARDING CASE SCHEDULE** |

Pursuant to the Court's Order of April 22, 2024 (Dkt. 46), Petitioners FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, LENNA (GRAE) KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated, and Respondent X CORP., as successor in interest to TWITTER, INC., (collectively, the "Parties") submit the following joint proposal regarding a schedule for Petitioners' Motion for Class Certification:

Petitioners' Motion for Class Certification: June 17, 2024

Respondents' Opposition: July 15, 2024

Petitioners' Reply: July 29, 2024

Petitioners request that the Court rule on Petitioners' Motion to Compel Arbitration based upon the briefing already submitted and that the parties have leave to supplement this briefing by August 9, 2024. Petitioners request that the Court hear Petitioners' Motion for Class Certification together with Petitioners' Motion to Compel Arbitration. Petitioners request such hearing be held in August 2024.

Respondents request that the Court first hear Petitioners' Motion for Class Certification and issue a ruling. Respondents request that the Court then set a deadline two weeks following the issuance of its ruling for the Parties to simultaneously submit briefs, of up to 10 pages, to address the impact of the class certification ruling upon the Motion to Compel Arbitration and to provide any additional argument regarding the Motion to Compel to supplement the Parties' previously submitted briefing.

| | | |
|---|---|---|
| 1 | Dated: May 6, 2024 | LICHTEN & LISS-RIORDAN, P.C. |
| 2 | | |
| 3 | | By   */s/ Shannon Liss-Riordan* |
| 4 | | Shannon Liss-Riordan<br>Bradley Manewith |
| 5 | | Attorneys for Petitioners |
| 6 | | FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, |
| 7 | | RYAN CROWLEY, LENNA (GRAE) KINDEL, SARAH ROSEN, and ADAM |
| 8 | | TREITLER, on behalf of themselves and all others similarly situated |
| 9 | | |
| 10 | | |
| 11 | Dated: May 6, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| 12 | | |
| 13 | | By   */s/ Eric Meckley* |
| 14 | | Eric Meckley<br>Brian D. Berry |
| 15 | | Attorneys for Respondent<br>X CORP., successor in interest to<br>TWITTER, INC. |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

| | |
|---|---|
| Dated: May 6, 2024 | LICHTEN & LISS-RIORDAN, P.C. |
| | By  /s/ *Shannon Liss-Riordan*<br>Shannon Liss-Riordan<br>Bradley Manewith |
| | Attorneys for Petitioners<br>FABIEN HO CHING MA, LAILA AMLANI, JONATHAN WILLIS, MELISSA OLSON, SASHA SOLOMON, RYAN CROWLEY, LENNA (GRAE) KINDEL, SARAH ROSEN, and ADAM TREITLER, on behalf of themselves and all others similarly situated, |