| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 07/2024) | **TRANSCRIPT ORDER**<br>Please use one form per court reporter.  Please read instructions on next page.<br><u>CJA Counsel should NOT use this form.</u><br>CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher. | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Adele Doyle | 2a. CONTACT PHONE NUMBER<br>(415) 442-1158 | 3. CONTACT EMAIL ADDRESS<br>adele.doyle@morganlewis.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Eric Meckley | 2b. ATTORNEY PHONE NUMBER<br>(415) 442-1013 | 3. ATTORNEY EMAIL ADDRESS<br>eric.meckley@morganlewis.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105 | 5. CASE NAME<br>Ma v. Twitter, Inc. | 6. CASE NUMBER<br>4:23-cv-03301 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Recorded in Zoom | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be<br>☐ NON-APPEAL  ☒ CIVIL          attached) CJA: <u>Do not use this form; use Form AUTH24 in eVoucher.</u> | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | 3-DAY | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/2025 | JST | Motion | | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  /s/ Eric Meckley

12. DATE  02/20/2025

Clear Form                                                                                                              Save as new PDF