FILED

MAR 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FABIEN HO CHING MA; et al., Petitioners - Appellants, v. TWITTER, INC. and X CORP., Defendants - Appellees. | No. 25-1536 D.C. No. 4:23-cv-03301-JST Northern District of California, Oakland ORDER |
| FABIEN HO CHING MA; et al., Petitioners - Appellees, v. TWITTER, INC. and X CORP., Defendants - Appellants. | No. 25-1695 D.C. No. 4:23-cv-03301-JST Northern District of California, Oakland |

Pursuant to the stipulation of the parties (Docket Entry No. 29), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator